1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979
3  larrychae@bickellawfirm.com           JS - 6
   701 B Street, Suite 1200
4  San Diego, California 92101-8107
   Telephone:  (619) 374-4100
5  Facsimile:   (619) 231-9040

6  Attorneys for Plaintiff(s) JOSEPH MARTINEZ and
   KRISTIN MARTINEZ
7

8               UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 JOSEPH MARTINEZ and KRISTIN  ) Case No. CV11-05688 VBK
   MARTINEZ,                    )
12                              )
                    Plaintiffs, ) ORDER DISMISSING THE ACTION
13                              )
         vs.                    )
14                              )
   GENERAL MOTORS, LLC, and DOE )
15 1 through DOE 10 inclusive,  )
                                )
16                  Defendants, )
                                )
17 _____)

18      GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is

19 hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

20

21

22 Date: October 1, 2012           _____/s/_____
                                         Honorable Victor B. Kenton
23

24

25

26

27

28

                                       1
                    [PROPOSED] ORDER DISMISSING THE ACTION          CV11-05688 VBK