THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101-8107
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

JS - 6

Attorneys for Plaintiff(s) JOSEPH MARTINEZ and KRISTIN MARTINEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTINEZ and KRISTIN MARTINEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants. | Case No. CV11-05688 VBK <br><br> ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: October 1, 2012           _____/s/_____
                                Honorable Victor B. Kenton